IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG 23 AM 6:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

FRED MONTESI'S, INC., d/b/a
MONTESI'S SUPERMARKET,

    Plaintiff,

VS.                          NO. 04-2957-MaV

CENTIMARK CORPORATION,

    Defendant.

---

ORDER GRANTING MOTION TO FILE REPLY

---

Before the court is the defendant's August 9, 2005, motion to file a reply to plaintiff's response to the defendant's motion to transfer. For good cause shown, the motion is granted and Centimark may file its reply.

It is so ORDERED this 22nd day of August, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-26-05

28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02957 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Walter E. Schuler
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Todd B. Murrah
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT